UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED RENTALS, INC.,

        Plaintiff,

v.                                    Case No.   8:08-cv-853-T-33TBM

KIMMINS CONTRACTING CORP.,

        Defendant.
_____/

**ORDER**

    This matter is before the Court on consideration of the Magistrate Judge's Report and Recommendation (Doc. # 30), filed December 1, 2008, recommending that Defendant's Motion to Dismiss Plaintiff's Amended Complaint (Doc. # 20) be granted in part and denied in part.  No objections have been filed and the time to do so has expired.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation.  28 U.S.C. § 636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1)(C).  The district judge reviews legal conclusions de

novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting an independent examination of the file and upon due consideration of the Report and Recommendation, the Court accepts and adopts the Report and Recommendation of the magistrate judge in its entirety.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

(1) United States Magistrate Judge Thomas B. McCoun III's Report and Recommendation (Doc. # 30) is **ACCEPTED** and **ADOPTED**.

(2) Defendant's Motion to Dismiss (Doc. # 20) is **GRANTED** to the extent that Count III of Plaintiff's Amended Complaint is **ABATED** pending resolution of the underlying Cooley action; and **DENIED** in all other respects.

(3) Defendant is directed to file its answer to Counts I and II of Plaintiff's Amended Complaint within ten (10) days of the date of this Order.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 16th day of December 2008.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

Copies:   All Counsel of Record

Copies:   All Counsel of Record